UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ABIOMED, INC. DERIVATIVE LITIGATION | Lead Case No. 1:19-cv-10304-ER |

## STIPULATION OF DISMISSAL

WHEREAS, the undersigned Parties believe that it would be in the interest of judicial efficiency to dismiss this action without prejudice;

WHEREAS, no Defendant has filed or served an answer or responsive motion; and

WHEREAS, notice of the dismissal (*see* FED. R. CIV. P. 23.1(c)) is not required here, because there has been no settlement or compromise of the action or collusion among the Parties; neither Plaintiff nor its counsel have received or will receive directly or indirectly any consideration from Defendants for the dismissal; and the dismissal is without prejudice, such that other shareholders generally are not precluded from bringing the same or a similar action in the future and/or pursuing claims already filed.

THEREFORE, the Parties, through their counsel, hereby agree as follows:

a. The above-captioned action is hereby dismissed without prejudice pursuant to FED. R. CIV. P. 23.1(c) and 41(a)(1)(A)(ii), with each Party to bear its own attorneys' fees and costs.

In connection with this stipulated dismissal, the Parties respectfully request that all dates set in this matter be vacated and taken off the Court's calendar.

Dated: November 16, 2021

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Phillip Kim

Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*

Dated: November 16, 2021

**THE BROWN LAW FIRM, P.C.**

By: /s/ Timothy Brown

Timothy Brown
Saadia Hashmi
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

Dated: November 16, 2021

**SULLIVAN & CROMWELL LLP**

By: /s/ John L. Hardiman

John L. Hardiman
Marc De Leeuw
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: deleeuwm@sullcrom.com

*Counsel for Defendants Michael R. Minogue, Todd A. Trapp, Dorothy E. Puhy, Jeannine Rivet, Eric A. Rose, Paul G. Thomas, Martin P. Sutter, and Chris Van Gorder, and Nominal Defendant Abiomed, Inc.*

SO ORDERED:

/s/ Edgardo Ramos

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
November 16, 2021